**E-FILED**
Tuesday, 02 October, 2007 03:04:31 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF      ILLINOIS

FILED

OCT - 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

JAMES ASSAD

**CRIMINAL COMPLAINT**

CASE NUMBER: 07-3047-m

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge

and belief. On or about   September 28, 2007   in   Christian   County, in the

Central District of Illinois, defendant(s) did, (Track Statutory Language of Offense)

knowingly possess methamphetamine with the intent to distribute

in violation of    21    United States Code, Section(s)    841(a)(1)

I further state that I am a(n)    DEA Special Agent    and that this complaint is

       Name

based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof:    X   Yes      No

Richard W. Dollus

     Name of Complainant

s/ Richard W. Dollus

     Signature of Complainant

Sworn to before me and subscribed in my presence,

October 1, 2007   9³⁰ am    at    Springfield, IL

Date                                  City and State

Byron G. Cudmore
U.S. Magistrate Judge

s/ Byron G. Cudmore

Name & Title of Judicial Officer                       Signature of Judicial Officer

STATE OF ILLINOIS                    )
                                     )
COUNTY OF SANGAMON        )

## AFFIDAVIT

I, Richard Dollus, being first duly sworn state:

1.      I am a Special Agent with the Drug Enforcement Administration ("DEA"), and have been so employed since June 1999.  I am presently assigned to the Springfield, Illinois Resident Office.  Prior to working for the Drug Enforcement Administration, I served for over five years as a law enforcement officer with the Belleville Illinois Police Department.  During that time I served as a uniform police officer and in the gang crimes unit for approximately three years.

2.      This affidavit is made in support of a complaint charging JAMES ASSAD with possession of methamphetamine with the intent to distribute it, in violation of 21 U.S.C. § 841(a)(1). A warrant for the arrest of the defendant is requested.

3.      I make this affidavit from personal knowledge based on my participation in this investigation and communications with others who have personal knowledge of the events and circumstances described herein. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not contain all of the information known to me concerning this investigation.

4.      In June of 2007 the U.S. Postal Inspection Service was contacted by Central Illinois Enforcement Group (CIEG) Inspector Brian Thomas with Confidential Source (CS) information that a subject by the name of James Assad that lives at 1217 Vandeveer St. in Taylorville, IL 62568 was receiving Express parcels from California that contained Methamphetamine. Assad is then using

and/or selling the Methamphetamine. Postal Inspectors then began an investigation into this information.

5.      From June of 2007 to September of 2007 Postal Inspectors identified approximately 16 suspect Express parcel labels showing that parcels were mailed from Riverside, California with a variety of return addresses to James Assad and a variation of other names with the address of 1217 Vandeveer St. Taylorville, IL 62568.

6.      On September 21, 2007, Postal Inspectors were notified of a suspect Express parcel mailed from Riverside, CA 92509 on 9/20/07 addressed to Freeman at 1217 Vandeveer St. Taylorville, IL 62568 with a return address of P. Smith at 4039 42. St. Riverside, CA 92509. The return address was checked through internet database Accurint and the name P. Smith was not associated with this address. A check of Postal records showed 4039 42nd St. in Riverside, CA 92509 is not a deliverable address, meaning the Post Office does not deliver mail to this address. Postal Inspectors then contacted Drug Enforcement Administration (DEA) Special Agent Glen Haas and requested assistance with a K-9 test on the suspect Express parcel.

7.      SA Haas then met with the Taylorville Postmaster, Cheryl Foster. SA Haas was provided with the package.  The package was an Express Mail envelope (EB593221102US).  The address slip listed that the package was sent by P. SMITH, 4038 42st, Riverside, California, 92509.  The package was addressed to FREEMAN, 1217 Vandeever, Taylorville, Illinois.  The postmaster advised that James ASSAD had arrived at the Post Office earlier in the day but was told that the package had not yet arrived. ASSAD provided a telephone number of 217-823-1143 and asked that he be called when the package arrived.  SA Haas then took possession of the envelope so a canine unit could check the package. SA Haas then met with Illinois State Police Trooper Lee Griffin and his canine partner at a pre-arranged location. Trooper Griffin's canine partner then checked that package. The canine alerted on the package for the presence of narcotics. I

should note that a separate canine unit failed to alert on a previous package mailed earlier on September 5, 2007.

       8.      SA Haas returned the envelope to Postmaster Foster and asked that she call ASSAD so he could pick up the package. SA Haas told the Postmaster to call when ASSAD arrived at the Post Office.

       9.      Surveillance was established at the residence of James ASSAD, 1217 Vanderveer, Taylorville, Illinois. At approximately 2:50 p.m., TFA Sean Simpson observed two male subjects exit the rear of the residence and enter a red GMC pick-up truck. The truck had Illinois registration "X241303". The registration returned to James ASSAD, 1217 W. Vanderveer, Taylorville, Illinois. The vehicle traveled directly to the Post Office.

      10.     At approximately 2:53 p.m., SA Dollus observed the truck park directly in front of the Post Office and observed the driver exit the vehicle and enter the building. SA Dollus positively identified ASSAD from a California driver's license photograph. At the same time, SA Haas received a call from the Postmaster that ASSAD was in the Post Office and had arrived in a red pick-up truck.

      11.     At approximately 2:56 p.m., SA Haas and SA Dollus observed ASSAD exit the building and re-enter the truck. SA Haas observed that ASSAD was carrying an Express Mail envelope. ASSAD was then followed directly back to the area of 1217 Vandeever, Taylorville, Illinois. Surveillance lost sight of the vehicle for only a few seconds as it pulled down an alley that connected with the rear of ASSAD'S residence. At approximately 2:59 p.m., SA Haas observed that the vehicle was parked unoccupied in the rear of ASSAD'S residence. The surveillance was then terminated.

      12.     On September 28, 2007, agents received information regarding an Express mail parcel destined for Assad. The Express Mail Parcel number is EB593222261US and weighed approximately 2.3 ounces. Chicago Division Postal Inspectors received this parcel on this same date. The parcel was addressed to

Freemen at 1217 Vandeveer, Taylorvill (sic), IL 62568 and showed a return address of P. Smith at 4039 42 st, Riverside, CA 92509. The parcel was mailed from Riverside, CA, on September 27, 2007, and measured approximately 8" by 14". The parcel bore characteristics of a parcel containing narcotics. The return address was checked through internet database Accurint and the name P. Smith was not associated with the return address indicated on the parcel. In my experience, parcels containing narcotics often contain this type of information in an attempt to hide the identity of the mailer. US Postal records were checked and 4039 42 Street, Riverside, CA is an undeliverable address. In my experience, parcels containing narcotics often have fictitious address information in an attempt to hide the identity of the mailer. In addition, the parcel originates from California. In my experience, California is a source state for the distribution of narcotics. The parcel contained a handwritten label. In my experience, parcels containing narcotics often contain handwritten labels versus typed labels.

13.    On September 28, 2007, Illinois State Police Trooper Griffin, who is a trained canine officer, and his canine partner "Nero", examined the Express parcel. According to Canine Officer Griffin, Nero has been a certified dog since 2000, is certified annually by the Illinois State Police and was last recertified in May 2007 as a narcotics dog. Nero is trained to sniff buildings, vehicles, envelopes, and wrapped parcels to detect the odors of heroin, cocaine, marijuana, hash, methamphetamine, ecstasy, and other narcotics/controlled substances which could be contained therein. Nero is also trained to indicate the presence of such substances or their scents by scratching and/or biting at the suspect parcel. To the best of my knowledge, Illinois State Police does not maintain records regarding the overall success rate for its drug detection dogs.

14.    On September 28, 2007, at a prearranged location in Springfield, Illinois, Postal Inspector Gunther arranged a controlled substance detection test by placing the Express parcel in a public parking lot. Inspector Gunther then witnessed Nero examine the parcel and observed Nero bite at the suspect

Express parcel # EB 593222261US.  Canine Officer Griffin informed Inspector Gunther that Nero's actions indicated that narcotics and/or controlled substances were contained in the Express parcel # EB 593222261US. Inspector Gunther took custody of the Express parcel # EB 593222261 US.

15.      On September 28, 2006 DEA SA Chris McGuire and Inspector Jeff Gunther executed a federal search warrant on the Express Mail package. As a result of this search warrant the Express Mail envelope was opened and a small stuffed animal was located. Inside the animal was a clear plastic baggie containing a crystalline-appearing white substance.  SA McGuire and Inspector Gunther removed this plastic baggie and weighed it on a digital scale and found it and its contents to weigh approximately 6.12 grams. In my experience, this amount is consistent with an intent to distribute. The contents of the package field tested positive for methamphetamine. SA McGuire and Insp. Gunther then closed the plastic baggie, with it's contents, and replaced it inside the belly of the stuffed animal. The stuffed animal was then placed back inside its original Express mail envelope.

16.      On September 29, 2007, agents of the Springfield, Illinois, DEA and Chicago, Illinois, US Postal Inspectors met in Taylorville, Illinois, in order to monitor the delivery of the above referenced package to James ASSAD. Inspector Gunther, with the above described Express mail parcel, entered the post office located at Main Street and Franklin Street, Taylorville, Illinois. At this same time surveillance was established at the residence of ASSAD (1217 Vandeveer, Taylorville, IL).  These surveillance units observed ASSAD and another individual standing in the driveway of this residence. ASSAD subsequently traveled to the post office with that person and picked up the

package. He was then detained and later arrested.

Further your Affiant sayeth not.

s/ Richard W. Dollus

_____

Richard Dollus - S/A DEA

Subscribed and sworn to before me,
this 1st day of October, 2007.   9 30 Am

s/ Byron G. Cudmore

_____

Byron G. Cudmore
U.S. Magistrate Judge