AO 442    (Rev. 10/03)  Warrant for Arrest

**E-FILED**
Friday, 05 October, 2007  12:36:07 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

## FILED

District of

UNITED STATES OF AMERICA

OCT - 4 2007

V.

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JAMES ASSAD

**WARRANT FOR ARREST**

Case Number: 07-3047-m

To: The United States Marshal
and any Authorized United States Officer

JAMES ASSAD

YOU ARE HEREBY COMMANDED to arrest

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

possession of methamphetamine with the intent to distribute

in violation of Title  21  United States Code, Section(s)  841(a)(1)

s/ Byron G. Cudmore

| | |
|---|---|
| Byron G. Cudmore | |
| Name of Issuing Officer | Signature of Issuing Officer |
| U.S. Magistrate Judge | 10/1/07    9:30 Am    Spfld , Il |
| Title of Issuing Officer | Date and Location |

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Taylorville

| | | |
|---|---|---|
| DATE RECEIVED 10/03/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 10/03/07 | Chris McGuire  DEA | |