E-FILED
Monday, 15 October, 2007   12:18:36 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) 07-3047-M |
| JAMES ASSAD, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DETENTION

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held in this case on October 3, 2007. The Court has determined that the defendant, James Assad, must be held without bond pending further proceedings.

The Court has considered all of the factors listed in 18 U.S.C. § 3142(g) and all of the evidence and information presented by the parties and in the Pretrial Services Report relating to those factors. After weighing those factors and the available evidence, the Court concludes the United States' motion for detention should be allowed.

The Court finds the following information has been established by clear and convincing evidence; further, clear and convincing evidence establishes that the defendant poses a serious danger to others and a preponderance of the evidence establishes that the defendant is a risk of flight if released on bond.

### Findings of Fact and Reasons for Detention

Based upon the credible evidence and information received during the defendant's detention hearing, the Court finds:

1. The defendant is charged with a serious drug offense which provides for a rebuttable presumption of detention. While the defendant has rebutted that presumption as to risk of flight, the Court finds that he has not rebutted the presumption as to the risk of danger to the community.

2. The evidence in this case is very strong, if not overwhelming.

3. There is probable cause to believe that the defendant committed the alleged offense while on parole for an offense arising out of California. In addition, the defendant has a history of criminality, including a history of probation revocation.

4. The defendant is potentially facing a severe penalty if convicted. Such penalty provides a powerful motive to flee.

5. The probation office recommends detention due to the danger and the risk of flight the defendant presents if he is released on bond. The Court agrees.

IT IS THEREFORE ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the

purpose of an appearance in connection with a Court proceeding.

ENTER: October 15, 2007.

FOR THE COURT:


s/ Byron G. Cudmore
_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE

3