E-FILED
Wednesday, 24 October, 2007   10:16:19 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 07-cr-30099 |
| Plaintiff, ) | Violation: Title 21, United States |
| ) | Code, Sections 841(a)(1), 841(b)(1)(C) |
| v. ) | |
| ) | **FILED** |
| JAMES M. ASSAD, ) | |
| ) | OCT 23 2007 |
| Defendant. ) | |
| | JOHN M. WATERS, Clerk |
| | U.S. DISTRICT COURT |
| | CENTRAL DISTRICT OF ILLINOIS |

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 28, 2007, in the Central District of Illinois, the defendant,

**JAMES M. ASSAD,**

knowingly and intentionally possessed a controlled substance, namely, a mixture or substance containing methamphetamine, a Schedule II controlled substance, with the intent to distribute it.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

*Gregory A. Gilmore for*
RODGER A. HEATON
UNITED STATES ATTORNEY
TB