E-FILED
Monday, 29 October, 2007  02:35:25 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 07-30099 |
| JAMES ASSAD, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF PRIOR CONVICTION

The United States of America, Rodger A. Heaton, United States Attorney for the

Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, pursuant

to 21 U.S.C. § 851, hereby informs the defendant and the Court that the defendant has prior

felony drug convictions upon which the government will rely at the time of sentencing.

Those convictions were for:

      Possession of a Controlled Substance
      Riverside County, California
      Case No: unknown

      Possession of a Controlled Substance
      Riverside County, California
      Case No: unknown

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

By:     s/Timothy A. Bass                    __ ___
        Timothy A. Bass
        Missouri Bar No.  45344
        Assistant United States Attorney
        318 S. Sixth Street
        Springfield, IL 62701
        Phone: (217) 492-4450
        Fax: (217) 492-4512
        tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Doug Beevers
Attorney for Defendant

s/Timothy A. Bass
Timothy A. Bass
Missouri Bar No. 45344
Assistant United States Attorney
318 S. Sixth Street
Springfield, IL 62701
Phone: (217) 492-4450
Fax: (217) 492-4512
tim.bass@usdoj.gov