E-FILED
Tuesday, 30 October, 2007 11:10:14 AM
Clerk, U.S. District Court, ILCD

AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ DISTRICT OF _____ILLINOIS_____

UNITED STATES OF AMERICA

V.

JAMES ASSAD

**WAIVER OF INDICTMENT**

CASE NUMBER: 07-30099

FILED
OCT 29 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, __James Assad_____ , the above named defendant, who is accused of

Possession of methamphetamine with the intent to distribute.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____10/29/07_____ prosecution by indictment and consent that the pro-
                                    *Date*
ceeding may be by information rather than by indictment.

*Defendant*
s/ Douglas J. Beevers
*Counsel for Defendant*

s/ Byron G. Cudmore

Before _____
             *Judicial Officer*