UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 07-30099 |
| ) | |
| JAMES M. ASSAD, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO CONTINUE SENTENCING HEARING AND EXTEND TIME FOR FILING PSR OBJECTIONS**

Now comes the Defendant JAMES M. ASSAD by his attorney ROBERT A. ALVARADO, and moves this Court for the entry of an Order continuing the sentencing hearing and allowing additional time to file PSR objections. In support defendant states as follows:

1. This cause is scheduled for a sentencing hearing on February 11, 2008.

2. Counsel was recently assigned to handle this case after AFPD Beevers' departure, because the presentence report identified a unique issue involving relevant conduct. The PSR was received by this office on January 2, 2008 after Mr. Beevers left this job and before AFPD Robert Scherslight started.

3. Counsel has met with Mr. Assad and discussed the issue in depth. A brief investigation will be necessary before counsel is in a position to file a formal objection to the PSR, or otherwise resolve the issue with Probation and the Government.

4. For those reasons, the ends of justice will best be served by allowing additional time to prepare for sentencing. Counsel believes that a formal objection or resolution of the issue could be accomplished by February 15, 2008, and the sentencing could be rescheduled for some date after

that, allowing the Government and probation sufficient time to respond.

WHEREFORE, Defendant respectfully requests the entry of an Order continuing the sentencing hearing for an appropriate period of time beyond February 15, 2008.

JAMES M. ASSAD, Defendant

RICHARD H. PARSONS
Federal Public Defender

BY:    s/ Robert A. Alvarado

ROBERT A. ALVARADO
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: robert_alvarado@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Tim Bass, 318 South 6th St., Springfield, IL 62701.

s/ Robert A. Alvarado

_____

ROBERT A. ALVARADO
Attorney for Defendant
Federal Public Defender's Office
401 Main St., Suite 1500
Peoria, IL 61602
Phone: (309) 671-7891
Fax:: (309) 671-7898
E-mail: robert_alvarado@fd.org